# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SANDRA VIRGIL,

        Plaintiff,

v.

STATE OF NEVADA,

        Defendant.

2:11-CV-1970 JCM (CWH)

## ORDER

Presently before the court is the report and recommendation of Magistrate Judge Hoffman. (Doc. #4). *Pro se* plaintiff Sandra Virgil did not file any objections.

Magistrate Judge Hoffman recommends that the court dismiss plaintiff's complaint "with prejudice because [p]laintiff voluntarily dismissed this complaint and has also failed to state a claim." (Doc. #4).

The court states that dismissing the case is appropriate because defendant submitted a letter instructing the court to "close case." (Doc. #4). Additionally, the recommendation states that "the facts alleged in the complaint are completely incomprehensible" and that the "court cannot decipher any logical set of facts based on [p]laintiff's submission. (Doc. #4). Thus, the court concludes that the case is frivolous because it lacks an arguable basis in law and fact. (Doc. #4).

Upon review of the report and recommendation (doc. #4), and there not being any objections,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that United States Magistrate Judge Hoffman's recommendation (doc. #4) be, and the same hereby is, AFFIRMED in its entirety.

**James C. Mahan**
**U.S. District Judge**

1   IT IS THEREFORE ORDERED that the complaint in the above-captioned case be, and the
2   same hereby is, DISMISSED with prejudice.
3   DATED January 30, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -